834

Concur — Stevens, J. P., Eager, Tilzer, Rabin and McGivern, JJ.

In the Matter of RALPH F. QUINN, et al., Respondents, v. JAMES L. MARCUS, as Commissioner of the Department of Water Supply, Gas and Electricity of the City of New York, Appellant.

Concur — Stevens, J. P., Eager, Steuer, Capozzoli and McGivern, JJ.

WALTER GLASER et al., Appellants-Respondents, v. HAROLD LEON et al., Respondents, and HERBERT P. GLASER, Respondent-Appellant

Concur — Stevens, J. P., Eager, Tilzer, Rabin and McGivern, JJ.